IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| **ISABEL DELEON,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:25-cv-818 |
| | ) | |
| **BH MANAGEMENT SERVICES, LLC,** | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

### AGREED MOTION TO EXTEND TIME FOR RESPONSIVE PLEADINGS

COMES NOW Defendant BH Management Services, LLC, by counsel, and with the agreement of counsel for Plaintiff, files this Motion to Extend Time for Responsive Pleadings. As evidenced by counsel's endorsement on the attached proposed order, Plaintiff has agreed to extend the time for Defendant to file responsive pleadings to the Complaint until November 12, 2025.

WHEREFORE, Defendant requests the Court enter the attached order granting Defendant additional time to file its responsive pleadings.

RESPECTFULLY SUBMITTED,

BH MANAGEMENT SERVICES, LLC

*By Counsel*

  /s/ Ryan Furgurson
Ryan Furgurson, Esq. (VSB No. 72133)
Kiernan Trebach LLP
7400 Beaufont Springs Drive, Suite 200
Richmond, VA 23225
(804) 430-9205
(804) 430-9201 (Fax)
rfurgurson@kiernantrebach.com
*Attorney for Defendant*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 28th day of October, 2025, a copy of the foregoing Agreed Motion to Extend Time for Responsive Pleadings was filed via ECF which sent electronic notice of filing to the following:

>Kristi C. Kelly, Esq. (VSB No. 72791)
>Andrew J. Guzzo, Esq. (VSB No. 82170)
>KELLY GUZZO, PLC
>3925 Chain Bridge Road, Suite 202
>Fairfax, VA 22030
>(703) 424-7572
>(703) 591-0167 (fax)
>kkelly@kellyguzzo.com
>aguzzo@kellyguzzo.com
>*Counsel for Plaintiff*

    /s/ Ryan Furgurson

Ryan Furgurson, Esq. (VSB No. 72133)
Kiernan Trebach LLP
7400 Beaufont Springs Drive, Suite 200
Richmond, VA 23225
(804) 430-9205
(804) 430-9201 (Fax)
rfurgurson@kiernantrebach.com
*Attorney for Defendant*