**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

| | |
|---|---|
| ISABEL DELEON, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|    v. | )     Case No. 3:25-cv-818 |
| | ) |
| BH MANAGEMENT SERVICES, LLC, | ) |
| | ) |
|    Defendants. | ) |

**CONSENT ORDER TO EXTEND TIME FOR RESPONSIVE PLEADINGS**

COME NOW Defendant BH Management Services, LLC and Plaintiff Isabel DeLeon, by counsel, and agree to this Consent Order to extend the time for Defendant to file responsive pleadings. By agreement of counsel,

IT IS HEREBY ORDERED the time for Defendant to file responsive pleadings to Plaintiff's Complaint is extended until November 12, 2025.

SO ORDERED.

_____

United States District Court Judge

1

WE ASK FOR THIS:


  /s/ Kristi Kelly_____
Kristi C. Kelly, Esq. (VSB No. 72791)
Andrew J. Guzzo, Esq. (VSB No. 82170)
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
(703) 424-7572
(703) 591-0167 (fax)
kkelly@kellyguzzo.com
aguzzo@kellyguzzo.com
*Counsel for Plaintiff*



   /s/ Ryan Furgurson_____
Ryan Furgurson, Esq. (VSB No. 72133)
Kiernan Trebach LLP
7400 Beaufont Springs Drive, Suite 200
Richmond, VA 23225
(804) 430-9205
(804) 430-9201 (Fax)
rfurgurson@kiernantrebach.com
*Attorney for Defendant*